**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------X
RAFAEL MARTINEZ,

                              Plaintiff,

      -against-                                19 **CIVIL** 3348 (VB)

                                                    **JUDGMENT**

JAMIE LAMANNA, Superintendent, Green
Haven Correctional Facility; and ROBERT
BENTIVEGNA, Medical Director, Green
Haven Correctional Facility,

                              Defendants.
------------------------------------------------------------X

        It is hereby **ORDERED, ADJUDGED AND DECREED:**  That for the reasons stated in the Court's Opinion and Order dated April 28, 2020, the Defendants' motion to dismiss is granted; accordingly, this case is closed.

**Dated:**  New York, New York

       April 29, 2020

                                                          **RUBY J. KRAJICK**
                                                       _____
                                                          **Clerk of Court**
                               **BY:**
                                                          _____
                                                           **Deputy Clerk**